JAMES L. MELCHER, Appellant, v GREENBERG TRAURIG, LLP, et al., Respondents.

Submitted February 25, 2013; decided April 30, 2013

Motion to dismiss appeal denied.

In the Matter of NEW YORK STATE HEALTH FACILITIES ASSOCIA-TION, INC., on Behalf of its MEMBER RESIDENTIAL HEALTH CARE FACILITIES, Appellant, v JAMES G. SHEEHAN, as Medicaid Inspector General of the State of New York, et al., Respondents.

Submitted March 18, 2013; decided April 30, 2013

Motion by LeadingAge New York for leave to appear amicus curiae on the motion for leave to appeal herein granted, and the memorandum of law is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE JAMES, Also Known as CARL WAYNE JAMES, Appellant.

Submitted February 25, 2013; decided April 30, 2013

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAFAEL RODRI-GUEZ, Appellant, v WILLIAM LEE, Respondent.

Submitted March 18, 2013; decided April 30, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 861 (2013)].

Judge RIVERA taking no part.